UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 04-10077 DSF Rzx) | Date | 12/10/07 |
|---|---|---|---|
| Title | The Sugar Association, Inc., et al., v. McNeil-PPC, Inc., et al., | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Paul Pierson | Pamela Seijas |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| James Murphy | Clay Pierce |
| Adam Fox | Travis Tu |

**Proceedings:**   Hearing on:
1) Defendants' Motion to Exclude the Expert Testimony of James Turner (filed 9/28/07);
2) Counterclaim Defendants' Motion in limine to Exclude Testimony of Robert Klein and all related testimony and opinions (filed 9/28/07); and
3) Defendants' Motion to Exclude in Part the Expert Testimony of Christian Tregillis (filed 10/4/07)

  The case is called and counsel state their appearances.  The Court addresses the above-referenced motions, invites oral argument, and advises counsel that a written orders will issue.  The Court grants defense counsel's oral request to extend the submission deadlines of certain pretrial documents as stated on the record.

0/53

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**